# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY, | Case No. 18-cv-03701-JST |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| EUGENE SCHNEIDER, et al., | |
| Defendants. | |

On June 25, 2018, this Court dismissed Plaintiff LaTonya R. Finley's complaint for failure to state a claim. The Court further ordered that:

> Finley may file an amended complaint not later than thirty days from the date of this order that corrects the deficiencies addressed in this order. Failure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Finley will not be allowed to pursue this claim any further. The Clerk is directed to close this case if an amended complaint is not timely filed.

ECF No. 4 at 2.

The deadline to file an amended complaint expired on July 25, 2018. The Court has received no amended complaint or any other correspondence from Finley. Accordingly, this case is hereby dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2018

_____
JON S. TIGAR
United States District Judge